UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSUE ZOBO, )<br><br>Plaintiff, )<br><br>v. )<br><br>KEYSTONE AUTOMOTIVE INDUSTRIES, INC., )<br><br>Defendant. ) | Civil Action No.<br>21-10191-FDS |

## ORDER

**SAYLOR, C.J.**

On February 3, 2021, plaintiff Josue Zobo filed an employment-discrimination complaint accompanied by a motion for leave to proceed *in forma pauperis*. On February 10, 2021, plaintiff's motion was denied without prejudice and he was granted until March 3, 2021, to file a renewed motion. The Order stated that failure to comply may result in dismissal of this action.

To date, plaintiff has not responded to the Court's Order and the time to do so has expired. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b).

Accordingly, for the failure to comply with the February 10, 2021 Order, this action is dismissed without prejudice.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

Dated:  May 6, 2021